JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE HSU, individually and on behalf of other members of the public similarly situated;<br><br>       Plaintiff,<br><br>   vs.<br><br>SERVIS ONE, INC., a Delaware corporation, d/b/a BSI FINANCIAL SERVICES; ENTRA DEFAULT SOLUTIONS LLC, a Texas limited liability company; and DOES 1 through 50, Inclusive,<br><br>       Defendants. | Case No.: **2:21−cv−02083−MWF (SKx)**<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE** |

Before this Court is the parties' Joint Stipulation to Dismiss Plaintiff's Claims with Prejudice ("Joint Stipulation"). Having reviewed the Stipulation and being advised the parties have reached a confidential settlement agreement of Plaintiff's individual claims only, it appears to the Court that good cause exists to grant the request.

**IT IS HEREBY ORDERED THAT**:

(1) Plaintiff's individual claims are dismissed *with prejudice*, pursuant to Federal Rules of Civil Procedure, Rule 41, and this matter shall be closed;

(2) Nothing in this Order, or the parties' Joint Stipulation shall render any party a "prevailing party" for purposes of an award of attorney fees, costs, or otherwise.

Dated: December 16, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge